UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HARLEY LABOY, individually and on behalf of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| | ) No.: 3:24-CV-368-KAC-JEM |
| v. | ) ) |
| | ) District Judge Katherine A Crytzer |
| TECHNICAL RESPONSE, INC., | ) ) |
| | ) Magistrate Judge Jill E McCook |
| Defendant. | ) ) |

**JOINT MOTION TO EXTEND DEADLINES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S DISPOSITIVE AND DAUBERT MOTIONS**

Plaintiff Harley Laboy and Defendant Technical Response, Inc., by and through undersigned counsel, jointly and respectfully request that the Court extend the deadlines for Plaintiff's Motion for Class Certification and Defendant's Dispositive and Daubert Motions. In support, the parties state:

1. Per the Agreed Case Management Order entered by this Court on November 21, 2024, Plaintiff's Motion for Class Certification is currently due on or before January 12, 2026, and Dispositive and Daubert Motions are due on or before January 23, 2026.

2. The Parties have conferred and come to a mutually beneficial agreement regarding the extensions, and the extension of these deadlines does not prejudice either party.

3. Based on the foregoing, the parties respectfully request that the Court extend the deadline for Plaintiff to file his Motion for Class Certification up to and including January 19, 2026, and extend the deadline for Dispositive and Daubert Motions up to and including January 30, 2026.

1

Dated: January 9, 2026	Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile: 615-255-5419
gstranch@stranchlaw.com

Samuel J. Strauss*
Raina C. Borrelli*
**STRAUSS BORRELLI, LLP**
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: 608-237-1775
Facsimile: 608-509-4423
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: 317- 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

*\* Pro Hac Vice*
*Counsel for Plaintiff and the Proposed Class*

 */s/ John M. Lawhorn (w/permission)*
John M. Lawhorn  (BPR No: 14388)
Sharon H. Kim (BPR No: 33284)
FRANTZ, MCCONNELL & SEYMOUR, LLP
550 W. Main Street, Suite 500
Knoxville, TN 37902
865-546-9321
jlawhorn@fmsllp.com
skim@fmsllp.com

*Attorneys for Defendant Technical Response, Inc.*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF system on this the 9th day of January 2026.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV
